**96–584.** State ex rel. Jones v. Court of Common Pleas. *Montgomery County,* No. 15657. On request for oral argument. Request denied.

**96–639.** State v. Kleve. *Hamilton County,* No. C–950384. On motion for stay of execution. Motion denied.

**96–671.** Incarnato v. Metro. Prop. & Cas. Ins. Co. *Tuscarawas County,* No. 95AP050037. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–269, *Schaefer v. Allstate Ins. Co.,* Franklin County, No. 94APE04–507; briefing schedule stayed.

**96–678.** State v. Smith. *Butler County,* No. CA96–02–024. On motion to consolidate case with 96–677, *State v. Smith,* Butler County Court of Common Pleas, No. CR95050471. Motion granted.

**96–679.** State v. Casas. *Medina County,* Nos. 2451–M and 2452–M. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for decision in 95–859, *Dayton v. Erickson,* Montgomery County, No. 14712; briefing schedule stayed.

**96–689.** State v. Straughter. *Franklin County,* No. 95APA03–310. On motion for leave to file delayed appeal. Motion denied.
RESNICK and PFEIFER, JJ., dissent.

**96–693.** State v. Blair. *Clark County,* No. 2659. On motion for leave to file delayed appeal. Motion denied.

**96–702.** State v. McDade. *Montgomery County,* No. 14339. On motion for leave to file delayed appeal. Motion denied.
RESNICK and STRATTON, JJ., dissent.

**96–734.** State v. Parker. *Wood County,* No. WD–94–127. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., RESNICK and STRATTON, JJ., dissent.

**96–753.** State v. Petty. *Clermont County,* No. CA95–05–028. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**96–770.** In re Davis. *Cuyahoga County,* No. 68302. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY and COOK, JJ., dissent.

**96–803.** Miller v. Midwestern Indemn. Co. *Montgomery County,* No. 15360. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–1653, *New Hampshire Ins. Group v. Frost,* Cuyahoga County, No. 67823; briefing schedule stayed.

**96–820.** State v. Lorraine. *Trumbull County,* No. 95–T–5196. On motion for stay of execution and to remand. Motion denied.
F.E. SWEENEY, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**95–2433.** Lovewell v. Physicians Ins. Co. of Ohio. *Cuyahoga County,* No. 68542.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**95–2558.** Sparks v. State Farm Mut. Auto. Ins. Co. *Franklin County,* No. 95APE03–339.
MOYER, C.J., COOK and STRATTON, JJ., dissent.

**95–2573.** State v. Hollen. *Franklin County,* No. 95APC06–699. *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.